# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EMMANUEL HILL, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:24-cv-01372 |
| | ) JUDGE CAMPBELL |
| TN, DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE